**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000408
13-JUL-2011
10:36 AM**

NO. CAAP-11-0000408

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EMERSON M.F. JOU, Plaintiff-Appellant,
v.
JOEL ALBERT CRIZ, A JOEL CRIZ & ASSOCIATES, INC.,
Defendants-Appellees,
and
DOES 1-30, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-0713)

ORDER DENYING WITHOUT PREJUDICE
DEFENDANTS-APPELLEES' MOTION TO DISMISS APPEAL
(By: Foley, J.)

Upon consideration of Defendants-Appellees' Motion to Dismiss Appeal, the papers in support and opposition, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied without prejudice to Appellees presenting any arguments in the answering brief.

DATED: Honolulu, Hawai'i, July 13, 2011.

Associate Judge